NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ANDOLYN JOHNSON
Assistant United States Attorney
Nevada Bar Number 14723
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Andolyn.Johnson@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 3:18-CR-00055-MMD-WGC |
| Plaintiff, | **Motion to Dismiss the Indictment With Prejudice** |
| v. | |
| Jose Mora-Silva and Dagoberto Mora-Silva, | |
| Defendants. | |

The Indictment in this case charges the defendant Jose Mora-Silva with one count of Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2), and charges the defendant Dagoberto Mora-Silva with two counts of Aiding and Abetting Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C. §§ 922(g)(1), 922(g)(5)(A), 924(a)(2), and 18 U.S.C. § 2.

/ / /

/ / /

Pursuant to Federal Rule of Criminal Procedure 48(a) and in the interest of justice, the government hereby moves for leave of Court to dismiss the Indictment against defendants Jose Mora-Silva and Dagoberto Mora-Silva with prejudice.

Respectfully submitted this 25th day of February, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Andolyn Johnson*
ANDOLYN JOHNSON
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America,

        Plaintiff,

      v.

Jose Mora-Silva and
Dagoberto Mora-Silva,

        Defendants.

3:18-CR-00055-MMD-WGC

**Order Granting
Motion to Dismiss the Indictment With
Prejudice**

Pursuant to Federal Rule of Criminal Procedure 48(a) and in the interest of justice, and upon leave of Court, the United States hereby dismisses with prejudice the Indictment against defendant Jose Mora-Silva and defendant Dagoberto Mora-Silva.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Andolyn Johnson*
ANDOLYN JOHNSON
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this __25th__ day of __February__, 2020.

HONORABLE MIRANDA M. DU
United States Chief District Judge

**CERTIFICATE OF SERVICE**

It is hereby certified that pursuant to LCR 47-4 service of the foregoing **Motion to Dismiss the Indictment with Prejudice** was made through the Court's electronic filing and notice system (CM/ECF) to the following

Michael J. Kennedy, Esq.
michael@mjkennedylaw.com
*Counsel for Dagoberto Mora-Silva*

Lee Hotchkin, Jr., Esq.
lthotch@sbcglobal.net
*Counsel for Jose Mora-Silva*

Dated: February 25, 2020

*/s/ Andolyn Johnson*
ANDOLYN JOHNSON
Assistant United States Attorney